UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY NATHAN MOODY, | ) | Case No. CV 08-4530-ODW(RC) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| DEBRA DEXTER, WARDEN, CALIFORNIA DEPT. OF CORRECTIONS, IRONWOOD STATE PRISON, | ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and the action are dismissed as untimely.

DATE: October 28, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

R&R\08-4530.jud
9/11/09