UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIMMY NATHAN MOODY, | ) |
| Petitioner, | ) Case No. CV 08-4530 ODW (AJW) |
| v. | ) |
| DEBRA DEXTER, WARDEN, | ) ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: _October 19, 2015

_____
Otis D. Wright, II
United States District Judge