UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JIMMY NATHAN MOODY,** | ) Case No. CV 08-4530-ODW(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **DEBRA DEXTER, WARDEN,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: _October 19, 2015

_____
Otis D. Wright, II
United States District Judge